IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GABRIEL BRADWAY, V35309,<br><br>             Plaintiff. | No. C 15-5610 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Dkt. #6) |

        Plaintiff, a state prisoner at the Richard J. Donovan Correctional Facility (RJD) in San Diego, California, submitted a letter to the court complaining of overcrowding at RJD.  The clerk filed the letter as a new prisoner action and notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application.  Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

        Plaintiff first responded by filing a letter "declining" to proceed with the action, dkt. #5 at1, but shortly thereafter filed an IFP application, dkt. #6, and letters clarifying that "I do not wish to have this case . . . dismissed and closed" because "I do wish to move or go forward with this case . . . <u>after</u> I have exhausted all administrative procedures and remedies as I am currently in the process right now," dkt. #10 at 2.  <u>See also</u> dkt. #11 at 1 (noting that he is still in the process of exhausting administrative remedies).

|   |   |
|---|---|
| 1 | Based solely on his affidavit of poverty, plaintiff's motion for leave to |
| 2 | proceed IFP, dkt. #6, is GRANTED.  But plaintiff's action must be DISMISSED |
| 3 | without prejudice to refiling after exhausting California's prison administrative |
| 4 | process.  See McKinney v. Carey, 311 F.3d 1198, 1199-1201 (9th Cir. 2002) |
| 5 | (action must be dismissed without prejudice unless prisoner exhausted available |
| 6 | administrative remedies before he filed suit, even if prisoner fully exhausts while |
| 7 | the suit is pending). |

The clerk is instructed to enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:   Jan. 7, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Bradway, G.15-5610.dismissal.wpd