IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re GABRIEL BRADWAY, V35309, | No. C 15-5610 CRB (PR) |
| Plaintiff. | ORDER |

Per order filed on January 12, 2016, the court dismissed the instant prisoner civil action "without prejudice to refiling after exhausting California's prison administrative process." Jan. 12, 2016 Order at 2 (citation omitted). In other words, plaintiff is free to file a new civil action after he exhausts his claims through the administrative process of the California Department of Corrections and Rehabilitation (CDCR).

But plaintiff instead has filed in this closed action more than a dozen update reports on his efforts to exhaust his claims and numerous supporting documents. He also has filed in this closed action various letters suggesting additional claims. <u>The clerk is instructed not to file in this closed action any further submissions by plaintiff</u>. Plaintiff may file only a new civil action or actions after exhausting his claims through CDCR's administrative process.

SO ORDERED.

DATED: 4/1/2016

CHARLES R. BREYER
United States District Judge

N:\Bradway, G.15-5610.or1.wpd